No. 4932.

(Court of Appeal, Parish of Orleans.)

[St. Paul, J., sitting alone.]

**H. L. HEYMANN vs. CHAS. BIANCHI.**

Jos. A. Casey and E. P. Foley for plaintiff and appellant.

Jas. Wilkinson for defendant and appellee.

ST. PAUL, J.—The injunction issued and perpetuated by the Court a qua simply prohibits plaintiff from proceeding any further with a certain garnishment and seizure. The prayer for injunction and grounds set up, show clearly what relief was sought and why.

The judgment in favor of plaintiff was not annulled, nor was the execution thereof enjoined for all time; no such relief was even sought. There is no need to grant a rehearing.

Rehearing refused.